IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**BRIAR LANDING AT THE ENCLAVE**
**CONDOMINIUM ASSOCIATION, INC.,**
  **Plaintiff,**

                 **Case No.:**

v.

**CERTAIN UNDERWRITERS**
**AT LLOYD'S, LONDON,**
  **Defendant.**
_____/

## COMPLAINT FOR BREACH OF CONTRACT
## AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Briar Landing at The Enclave Condominium Association, Inc., by and through the undersigned attorney, and file this Complaint against the Defendant, Certain Underwriters at Lloyd's, London, and as grounds therefore, state as follows:

### General Allegations

1. At all times relevant hereto, Briar Landing at The Enclave Condominium Association, Inc. owned and maintained the subject property in Collier County, Florida.

2. At all times relevant hereto, the Defendant Insurer consists of one or more underwriters whose residence and citizenship are unknown to Plaintiffs. The Defendant Insurer is a surplus lines carrier and is registered with the Florida Department of Insurance and as such permitted to transact business in the State of Florida.

3. The amount in controversy in this action exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of pre-judgment interest, court costs, and attorney's fees.

## Count 1: Breach of Contract

4. Plaintiff realleges each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against Certain Underwriters at Lloyd's, London.

6. In consideration of the premium paid to it, Certain Underwriters at Lloyd's, London issued to Plaintiff a contract of insurance, Policy No.: AMR-35774-03, which was in full force and effect at the time of the loss and damage at the insured premises located at 7701 Davis Boulevard, Naples, Florida 34104. Plaintiff has attached hereto as Exhibit "A" a copy of the subject insurance policy.

7. On or about September 10, 2017, during the effective period of the insurance policy, Plaintiff's property was damaged as a result of Hurricane Irma.

8. The loss and damage to the Plaintiff's property resulted from a peril for which the policy of insurance issued by Defendant provides coverage.

9. The Hurricane Irma damage caused Plaintiff to sustain loss to covered structures and other property.

10. The loss and damage has caused Plaintiff to incur additional expenses.

11. Plaintiff has made a timely claim for the damage and loss.

12. Plaintiff has requested that Defendants pay its damages in full, but Defendant has failed and refused to fully pay the aforementioned damages.

13. The Plaintiff has done and performed all those matters and things properly required of it under the insurance policy or, alternatively, has been excused from performance by the acts, representations, and/or conduct of Defendant.

14. Notwithstanding the foregoing, Defendant has failed or refused to provide coverage under the insurance policy and has failed to pay promptly the amounts due and has thereby breached the contract of insurance.

15. As a direct result of Defendant's breach of the insurance contract, Plaintiff has been financially damaged and continues to suffer damage and loss.

16. As a result of Defendant's breach of the insurance contract, it has become necessary for the Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiff are entitled to have Defendant pay said fees and costs pursuant to section 626.9373, Florida Statutes.

WHEREFORE, the Plaintiff, Briar Landing at The Enclave Condominium Association, Inc., pray this Court to order Certain Underwriters at Lloyd's, London to pay in full the contract of insurance, to award the Plaintiff actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate. Further, the Plaintiff requests a trial by jury on all issues so triable.

Date: April 17, 2020

Respectfully submitted,

_s/Andrew P. McDonald_____
Andrew P. McDonald, Esquire, No.: 805661
David D. Barnhill, Esquire, No: 90442
McDonald & Barnhill, P.A.
12000 N. Dale Mabry Hwy., Suite 270
Tampa, FL 33618
(813) 265-2020 telephone
(813) 200-2030 facsimile
Attorneys for Plaintiff
eservice@mcdonaldbarnhill.com